No. 04-10235. DOMINGUEZ LIZANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04-10237. GOMEZ-MARTINEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04-10242. HUGGINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04-10243. TYREE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04-10252. BLUE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04-10257. GIBSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04-10270. LAMBROS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04-10296. BROWN ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04-1381. SPRINT COMMUNICATIONS CO., L. P., ET AL. v. SMITH ET AL. C. A. 7th Cir. Motion of Association of American Railroads for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 04-1461. HANAS v. MICHIGAN. Cir. Ct. Genesee County, Mich. Motion of American Jewish Congress for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 03-725. PASQUANTINO ET AL. v. UNITED STATES, 544 U. S. 349;

No. 03-9627. PACE v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL., 544 U. S. 408;

No. 04-902. MURPHY v. METROPOLITAN TRANSIT AUTHORITY, 544 U. S. 905;

No. 04-1008. CHEATHAM v. UNITED STATES, 544 U. S. 906;

No. 04-1163. STEPHENS v. UNION CARBIDE CORP. ET AL., 544 U. S. 1018;

No. 04–8578. CORBIN *v.* BLADEN COUNTY CHILD SUPPORT AGENCY ET AL., 544 U. S. 981;

No. 04–8787. BLANEY *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 544 U. S. 1002;

No. 04–8795. RILEY *v.* GEORGIA, 544 U. S. 1002;

No. 04–9186. EAK *v.* MECHLING, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, 544 U. S. 1006; and

No. 04–9212. COTNEY *v.* UNITED STATES, 544 U. S. 1013. Petitions for rehearing denied.

## JUNE 21, 2005

No. 04A1060. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON *v.* LAMBERT. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Seventh Circuit on June 17, 2005, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

## JUNE 23, 2005

No. 04–10150. HEARN *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari dismissed under this Court's Rule 46. Reported below: 349 Ill. App. 3d 1050, —— N. E. 2d ——.

## JUNE 24, 2005

No. 04–1406. BAUTISTA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BAUTISTA, ET AL. *v.* STAR CRUISES ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

## JUNE 27, 2005

No. 04–1532. RICE *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).